IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **ROBERT BERG** | * |
| Plaintiff | * |
| | * CIVIL NO. JKB-17-2896 |
| v. | * |
| **STARWOOD WAYPOINT HOMES, et al.** | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In light of Plaintiff's Notice of Voluntary Dismissal filed on December 12, 2017 (ECF No. 3), with the dismissal with prejudice of Plaintiff's individual claims and without prejudice as to his claims on behalf of the putative class in this case accomplished by operation of law pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, the Court DIRECTS the Clerk to CLOSE the case..

SO ORDERED.

DATED this 13 day of December, 2017.

BY THE COURT:

_____
James K. Bredar
United States District Judge